# EXHIBIT 1

# NOTICE

Lake Superior Court, County Division 3
2293 N Main Street
Crown Point Indiana 46307

PATRICK RUSNIAK v. CAPITAL ONE AUTO                    45D09-2209-SC-004814

 45D09-2209-SC-004814
To:  CAPITAL ONE AUTO
 P.O. BOX 259407
 Plano, TX 75025

If your notice is for a CIVIL/SMALL CLAIMS case, please report to Lake County Division 3, Administration Building, Room A112.

## EVENTS

| Entry Date | File Stamped / Order Signed | Event and Comments |
|---|---|---|
| 09/22/2022 | | Hearing Scheduling Activity<br>Bench Trial scheduled for 11/04/2022 at 8:45 AM. |

| OTHER PARTY - NOTICED | OTHER PARTY - ENOTICED |
|---|---|
| N/A | PATRICK  RUSNIAK  (Plaintiff) |

04-010-2022-0241000448-0241

22-0242000448-0242



10/11/22, 10:41 AM                                  about:blank

USDC IN/ND case 2:22-cv-00310-JVB-JPK   document 4   filed 09/22/22   page 5 of 44
09/20/22  17:37:00  8773834002    -> 8773834002    Capital One    Page 002

*Important information is on the back of this Notice of Claim. PLEASE READ.*

| Plaintiff | COUNTY DIV. 3 | Lake Superior Court |
|---|---|---|

Name PATRICK M RUSNIAK

Address 15330 RAKSON PL

City Lowell

Clerks Office
Small Claims Division
2293 N. Main St.
Crown Point, IN
Phone: (219) 755-3448,
755-3454

State IN   Zip Code 46356    CAUSE NUMBER:   45D09-2209-SC-004814

Phone # 219 384 9575 Cell# SAME

Email: PMR 133 @ YAHOO.com

**Filed in Clerk's Office**

**September 22, 2022**

**Defendant #1**

Name CAPITAL ONE Auto

Address PO Box 259407

City PLANO

State TX   Zip Code 75025 - 9407

Phone # 800 946 0332 Cell#

Fax Email: 877-889-9407

**Defendant #2   CLERK LAKE SUPERIOR COURT**

Name _____  NP

Address _____

City _____

State _____ Zip Code _____

Phone# _____ Cell# _____

Email: _____

**TO THE DEFENDANT::**

You have been sued by the Plaintiff whose name appears above. YOU ARE HEREBY NOTIFIED that the trial of this claim is set for the ___ 4 ___ day of November, 2022 at 8:45 am/pm. If you fail to appear in the LAKE SUPERIOR COURT SMALL CLAIMS DIVISION 3, 2293 North Main St., Crown Point, IN, Room A 112, at the date and time set for trial, a default judgment may be entered against you. ALL PARTIES MUST BRING TO COURT 3 COPIES OF ALL DOCUMENTS THEY INTEND TO SUBMIT AS EVIDENCE TO THE JUDGE.
A brief statement of the nature of the Plaintiff's claim against you is as follows:  Failure

to maintain proper credit Reporting. FCRA Requires

proper and Accurate credit Reporting on Dekete

Tradeline. Too many Errors by capital one Auto

Exhibits Attached: ___ Account ___ Contract ___ Other ___ Lease
(LANDLORD'S MUST ATTACH A COPY OF THE LEASE TO THIS DOCUMENT, IF ONE EXISTS, AND PROVIDE TO THE CLERK 1 ADDITIONAL COPY OF THE LEASE FOR EVERY PERSON SUED AT THE TIME SUIT IS FILED)
The Plaintiff demands judgment against the Defendant(s) for $ 3000.00 ___ costs of this action, interest allowed by law and all other proper relief.

Signature of Plaintiff(s)

**SERVICE INFORMATION**

___ CERTIFIED MAIL    DATE
September 22, 2022

___ SHERIFF

CLERK _____

BY DEPUTY _____ NP

SEAL

10/11/22, 10:41 AM                                        about:blank

USDC IN/ND case 2:22-cv-00310-JVB-JPK   document 4   filed 09/22/22   page 6 of 44
09/20/22  17:37:29  8773834002        -> 8773834002   Capital One      Page 003

# EXHIBIT 1

CAPITAL ONE Auto        9-22-22

Account # 620 7349422536

I AM Suing you for constant INACCURACIES on my PERSONAL CREDIT REPORTS. YOU ARE AWARE OF MY CONSTANT DISPUTES WITH TRANSUNION, EXPERIAN, AND EQUIFAX

I CAN'T understand why there Are So MANY CHANGES AMONG MY REPORTS IN WHEN YOU ONLY CAN CHANGE OR AFTER I'N WHEN the Account IS REPORTED. I FEEL THAT YOU have done Nothing POSITIVE to fix this. IN FACT you couldn't EVER MARK MY Settlement PAYMENTS ON MY REPORT UNTIL THE VERY END. YOU KNOW EXACTLY HOW to destroy A PERSONS ABILITY to MOVE FORWARD EVEN AFTER AN AGREEMENT IS IN PLACE BY NOT REPORTING those PAYMENTS EVEN IF ITS WHAT IS PART OF A SETTLEMENT. YOU CHOSE TO CONTINUE TO MARK C/O. AS A CONTINUED WAY TO MAY ME LOOK BAD.

09/20/22  17:37:56  8773834882        -> 8773834882    Capital One    Page 004

**EXHIBIT** *2*

9-20-22

Please review all my
2 attidds and call me back.
Ayli Questions. I am looking
for Resolution Here by removing
the tradelines and not money
Unless we have to go to that.
In which at that Bint I will
Prove my case.

10/11/22, 10:41 AM                    about:blank
USDC IN/ND case 2:22-cv-00310-JVB-JPK   document 4   filed 09/22/22   page 8 of 44
09/20/22  17:38:17  8773834882      -> 8773834882    Capital One      Page 885

# EXHIBIT 3

I feel that I should not have to monitor a closed account as often as I have on this one

Even the Ending Balance of 15,096.78 should be the written off Balance, not 18,870

I will dismiss my Lawsuit if Capital One Delete's this tradeline from Transonion, Equifax and Exprean.

Capital one or it's Attorney may call to descuss. However everything we Agree on must be In writtins

219-384-9515

Patrick M Rusnak

**EXHIBIT** 4

I would like to know why CAPITAL one only tends to document the most negative or hurtful means to destroy a persons credit report. See the Transaction History Report starting 10-13-20 – 10-11-21 Do any of the credit reports have additional comments such as agreement in place or show payments made for those months instead of C/O. The whole purpose is to destroy a persons credit not update as to what is correct or fair. The inconsistancy with the way this account is being reported is so inaccurate that it keeps me from purchasing anything in the future to some degree. CAPITAL ONE Auto are the only people who can change what's on my credit report How can there be so many changes on all 3 credit reports If they are so accurate???

09/28/22  17:39:07  8773834802        -> 8773834802        Capital One        Page 007



# EXHIBIT

**S**

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-946-0332

## CHOOSE AN OPTION TO RESOLVE YOUR REMAINING BALANCE

PATRICK RUSNIAK
15330 RALSTON PL
LOWELL IN 463651146

0109
000007409

| | |
|---|---|
| Account Number: | 6207349422536 |
| Vehicle: | 11 CHEVROLET SUBURBAN |
| VIN: | 1GNSKKE36BR167050 |
| Account Balance: | $21,480.74 |

Dear PATRICK RUSNIAK,

We understand losing your vehicle is stressful.  Unfortunately, there is still debt owed for your '11 CHEVROLET SUBURBAN.  We're offering you 2 options to resolve your balance. Here's a breakdown of each option, so you can decide which one works best for you.

| PAY FULL AMOUNT | RESOLVE FOR LESS[1] |
|---|---|
| **Pay your full remaining balance:** | **Pay 17.57% of your remaining balance:** |
| **$21,480.74** | **$3,774.20** |
| • Your account will be paid in full, with nothing more to owe. | • We'll forgive the rest of your remaining balance. |
| • We'll inform the credit bureaus that you're "paid in full" after finishing your plan. | • We'll inform the credit bureaus that you're "paid in full for less than the full balance" after finishing your plan. |
| • Future lenders may see your prior charge off and that you paid your account in full. | • Future lenders may see your prior charge off and that you paid less than what you owed. |
| | • You may be required to report the amount we forgive as income on your taxes.[2] |

Both options can be broken up monthly, up to a 36-month duration.[3]  If you don't accept a plan to resolve your balance, we may continue our attempts to collect on your account.

Call by November 2, 2020 to accept.
1-800-945-0332

Our agents are here Monday through Thursday from 9:00 a.m. to 6:00 p.m., and Friday 9:00 a.m. to 5:00 p.m. Eastern Time to answer your questions and help you work this out.

Sincerely,

Capital One Auto Finance

[1] If you accept this offer, any proceeds received from insurance claims, refunds from GAP cancellations, refunds from warranty cancellations, refunds from credit life cancellations, and/or cancellations from other products will not be applied to your offer.
[2] If we cancel or forgive $600 or more of principal on a debt you owe, we will provide you a 1099-C tax form if required by law. Please consult the instructions accompanying your tax form and/or your tax advisor for more information.
[3] 36-month duration is from the first payment date. Your first payment must be within 30 days of accepting the offer.

**This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.**

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

PIFSIF Options_00584                                                                     Page 1 of 3

09/20/22  17:39:33  8773834002       -> 8773834002      Capital One       Page 000

October 9, 2020



Capital One Auto Finance
7933 Preston Road
Plano, TX  75024
1-800-946-0332

## CHOOSE AN OPTION TO RESOLVE
## YOUR REMAINING BALANCE

**IMPORTANT DISCLOSURES**

**Bankruptcy Disclosure**

To the extent that you have filed bankruptcy, you may not be personally liable for the unpaid balance of this loan.  If we retain a lien on the vehicle, it may be subject to repossession in accordance with the laws of the state where located.  This letter is being provided for informational purposes only.  Remember, any payments you make are voluntary.

**State and Local Disclosures**

If you receive this letter in Connecticut, the District of Columbia, Iowa, New York City, or North Carolina, and your Account involves a debt owed primarily for personal, family, household or other consumer purpose(s), or if you receive this letter in Vermont irrespective of the nature of the debt associated with your Account, the following disclosure is required by state or local law:

> This is an attempt to collect a (consumer) debt (claim).  Any information obtained will be used for that purpose.

The following disclosure is required by state law if your Account involves a debt owed primarily for personal, family, household or other consumer purpose(s) and you receive this letter in Iowa:

> This communication is from a debt collector.

The following disclosure is required by state law if your Account involves a debt owed primarily for personal, family, household or other consumer purpose(s) and you receive this letter in Massachusetts:

> NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

This is not a complete list of the rights that you might have. The terms above in this Section are defined by applicable state or local law.

# EXHIBIT 6

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

PIFSIF Options_00584                                          Page 2 of 3

09/20/22  17:39:58  8773834802     → 8773834802      Capital One        Page 009

 **Capital**One® # EXHIBIT 7

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-946-0332

## PAYMENT OPTIONS


**Pay By Phone**
Call us at 1-800-946-0332 to make an electronic payment using your checking account or debit card with a live agent who will be happy to assist you!


**Pay By Mail**
Make your check out to "Capital One Auto Finance," include your account number, 6207349422536, on the check, and mail it to:

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

**MoneyGram.**
MoneyGram* allows you to send certified funds directly to Capital One Auto Finance. Simply provide the following information when making your MoneyGram Payment:

| | |
|---|---|
| Receive Code: | 1776 |
| Company Name: | Capital One Auto Finance |
| City: | Plano |
| State: | TX |
| Account Number: | 6207349422536 |

**WESTERN UNION|**
Western Union* allows you to send certified funds directly to Capital One Auto Finance. Simply provide the following information when making your Western Union Payment:

| | |
|---|---|
| Code City: | CAPAUTO |
| State: | TX |
| Account Number: | 6207349422536 + the two letter state abbreviation for your state of residence |

*Capital One does not provide, endorse, or guarantee any third-party product, service, information, or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

PIFSIF Options_00584                                          Page 3 of 3

USDC IN/ND case 2:22-cv-00310-JVB-JPK   document 4   filed 09/22/22   page 13 of 44

09/20/22  17:48:10  8773834002    -> 8773834002    Capital One    Page 010

# Capital One®

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-946-0332

# YOUR SETTLEMENT AGREEMENT & RECURRING PAYMENT CONFIRMATION

PATRICK RUSNIAK
15330 RALSTON PL
LOWELL IN 463561146

0109
000004529

| | |
|---|---|
| Account Number: | 6207349422536 |
| Account Balance: | $21,271.06[1] |
| Settlement Amount: | $3,774.20 |

# EXHIBIT 8

Dear PATRICK RUSNIAK,

Thank you for speaking with us on 10/13/2020 regarding a settlement agreement for your Capital One Auto Finance account. The details of your settlement agreement are as follows:

**Settlement Amount.** You have agreed to settle your account for $3,774.20, to be paid by 8/16/2023.[2]

**Payment Arrangements.** You have agreed to pay at least $104.84 MONTHLY so that your account will be settled by 8/16/2023.

**First Payment.** You have already paid $104.84 towards your settlement amount. Your next payment under this settlement agreement is due by 10/16/2020.

Upon payment of the settlement amount noted above, Capital One Auto Finance will consider your account as settled for less than the full balance. You will not be responsible for paying the remaining amount on your account.[3] If you choose to make voluntary payments after completing the settlement, we'll apply any payments received to reduce the remaining amount you are not obligated to pay as a result of your settlement.

You may cancel your settlement agreement at any time by contacting us at the phone number below. We may also cancel your settlement agreement if: 1) you pay your account in full; 2) you fail to make the minimum Payment Arrangements noted above; 3) your vehicle is deemed a total loss after entering into this settlement agreement; or 4) if you file for bankruptcy protection and your bankruptcy case is dismissed. If your settlement agreement is cancelled for any reason, you will be responsible for paying the full balance remaining on your account.

To the extent you file bankruptcy, we may file a secured proof of claim reflecting the outstanding amount under this settlement agreement. Additionally, we reserve the right to file an unsecured proof of claim to reflect the pre-settlement balance on your account (excluding this settlement amount and any amounts paid). Your bankruptcy filing may have an impact on your credit reporting.

[1] Payoff balance is valid for 10 days from the date of this letter.
[2] Proceeds from insurance claims, refunds from GAP cancellations, refunds from warranty cancellations, refunds from credit life cancellations, and/or cancellations from other products may not be applied to payments made in acceptance of this settlement offer.
[3] If we cancel or forgive $600 or more of principal on a debt you owe, we will provide you a 1099-C tax form if required by law. Please consult the instructions accompanying your tax forms and/or your tax advisor for more information.

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

RPay Confirmation_00510                                   Page 1 of 2

09/20/22  17:48:40  8773834002          -> 8773834002        Capital One        Page 011



**Capital One Auto Finance**
7933 Preston Road
Plano, TX 75024
1-800-946-0332

# YOUR SETTLEMENT AGREEMENT &
# RECURRING PAYMENT CONFIRMATION

You have set up automatic payments with our Recurring Payment Plan to pay towards your settlement amount.
By signing up for your Recurring Payment Plan, you have authorized Capital One Auto Finance to electronically
debit payments from your bank account per the schedule and for the amount listed below until the earlier of 1)
your settlement amount is paid in full, 2) your total account balance is paid in full, 3) your settlement
agreement is cancelled for any reason, 4) your Recurring Payment Plan reaches the end of its term (not to
exceed 36 months), or 5) you direct us to stop.

| | |
|---|---|
| Bank Routing Number: | 074000010 |
| Bank Account Number: | XXXXXX6781 |
| Date Authorization Received: | 10/26/2020 |
| First Withdrawal Date: | 11/16/2020 |
| Last Withdrawal Date: | 09/16/2023 |
| Schedule: | MONTHLY, ON 16TH |
| Amount Drafted Per Payment | 104.84 |
| Settlement Amount | $3,774.20 |

If funds are unavailable at the time we attempt to debit your bank account or your recurring payment is not
received for any reason, you will be responsible for contacting us to make a payment. Please note, we will
terminate your Recurring Payment Plan if your bank declines to honor two consecutive payments for any
reason.

Any change to your Recurring Payment Plan must be received 3 business days before your payment date to be
effective for this payment; otherwise, the change will be effective starting next payment. If you have any
questions, please contact us at 1-800-946-0332, Monday through Thursday from 9:00 a.m. to 6:00 p.m., and
Friday 9:00 a.m. to 5:00 p.m. Eastern Time.

Sincerely,

Capital One Auto Finance

# EXHIBIT 9

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will
be used for that purpose.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding,
Inc.

RPay Confirmation_00510                                          Page 2 of 2



ATTN: COAF Credit Bureau Dispute
Capital One Auto Finance
PO Box 259407
Plano, TX 75025-9407

## SUBMITTING A CREDIT BUREAU DISPUTE


EXHIBIT

/0

Account Number:        XXXXXXXXX2536

Dear PATRICK RUSNIAK,

Thank you for taking the time to speak with us today regarding the credit bureau reporting of your Capital One Auto Finance (COAF) account.

**Credit Bureau Dispute Information Needed**
The following information will be needed by us to efficiently address your concern(s):

- # 1 .   Customer full name
- # 2 .   Customer full SSN
- # 3 .   Customer full account number
- # 4 .   Customer current phone number and address
- # 5 .   The month and year of payment and/or reporting being disputed
- # 6 .   The reason for the dispute
- # 7 .   How the information you are disputing appears on the credit report
- # 8 .   Any supporting documentation showing the information was submitted in error (Examples: Letter from dealer, Bank Statement, Police report, etc.)

To ensure we can accurately and efficiently address your concern(s), the following methods are available to formally submit a credit bureau dispute:

- Send us a fax at 1-877-889-5643

- Write to us at the following address:
    ATTN: COAF Credit Bureau Dispute
    Capital One Auto Finance
    PO Box 259407
    Plano, TX 75025-9407

**Credit Bureau Dispute Response Time**
Upon receipt of dispute information, a response will be mailed within 30 days.

For any other questions, you can reach a customer care representative at 1-800-946-0332, Monday through Friday, from 9:00 a.m. to 8:00 p.m. Eastern Time.

Sincerely,

Credit Bureau Team
Capital One Auto Finance

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

CBR_Dispute Ltr_10039                                                        Page 1 of 1

10/11/22, 10:41 AM                                about:blank

USDC IN/ND case 2:22-cv-00310-JVB-JPK   document 4   filed 09/22/22   page 16 of 44
09/20/22  17:41:38  8773834002    -> 8773834002    Capital One      Page 013

**Capital**One®                                                    November 18, 2021

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-946-0332



EXHIBIT

//

PATRICK RUSNIAK
15330 RALSTON PL
LOWELL, IN 46356-1146

To protect your personal information, we intentionally left this page blank.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Copy of Document_50004                                          Page 1 of 2

**Capital One®**

November 18, 2021

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-946-0332

## YOUR REQUESTED DOCUMENTS

PATRICK RUSNIAK
15330 RALSTON PL
LOWELL, IN 46356-1146

| | |
|---|---|
| Account Number: | 6207349422536 |
| Vehicle: | 11 CHEVROLE SUBURBAN |
| VIN: | 1GNSKKE36BR167650 |

Dear PATRICK RUSNIAK,

Based on your recent request, we are sending you the following document(s) with this letter:

- Account History

We are committed to providing the best customer service in the auto lending industry, and your experience is important to us. If you have any questions, please contact us at **1-800-946-0332**, Monday through Friday, from 9:00 a.m. to 8:00 p.m. Eastern Time.

Sincerely,

Capital One Auto Finance

# EXHIBIT 12

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Copy of Document_50004                                               Page 2 of 2

09/20/22  17:41:51  8773834002    -> 8773834002    Capital One    Page 015


Auto Finance

## Transaction History Report

Date: 11/18/2021
Time: 2:41:01PM

| Account # | 62073494225361001 | Borrower: PATRICK RUSNIAK | | | | Transaction Type: ALL | Transaction Level: ALL | | From: 01/01/2001 | To: 11/18/2021 |

| Process Date | Seq | Interest | Principal | Misc | Balance | Effective Date | Tr.Code | Action/Field | Change Data | Misc3 N | Total | Int Adj | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2021 | 001 | .00 | 993.00 | .00 | 15,096.78 | 10/10/2021 | 30 | 1 | | | .00 | .00 | WDFP |
| 10/08/2021 | 003 | .00 | 1,365.00 | .00 | 16,091.78 | 10/08/2021 | 30 | 1 | | | .00 | .00 | WDFP |
| 10/08/2021 | 001 | .00 | 220.64 | .00 | 17,456.78 | 10/08/2021 | 30 | 1 | | | .00 | .00 | DBTP |
| 09/16/2021 | 001 | .00 | 104.84 | .00 | 17,677.42 | 09/16/2021 | 30 | 1 | | | .00 | .00 | RPAY |
| 08/19/2021 | 001 | .00 | 104.84 | .00 | 17,782.26 | 08/16/2021 | 40 | 1 | | | .00 | .00 | R01X |
| 08/16/2021 | 001 | .00 | 104.84 | .00 | 17,677.12 | 08/16/2021 | 30 | 1 | | | .00 | .00 | RPAY |
| 07/16/2021 | 001 | .00 | 104.84 | .00 | 17,782.20 | 07/16/2021 | 30 | 1 | | | .00 | .00 | RPAY |
| 06/10/2021 | 001 | .00 | 104.84 | .00 | 17,887.10 | 06/10/2021 | 30 | 1 | | | .00 | .00 | RPAY |
| 05/20/2021 | 001 | .00 | 104.84 | .00 | 17,991.94 | 05/13/2021 | 40 | 1 | | | .00 | .00 | R01X |
| 05/17/2021 | 001 | .00 | 104.84 | .00 | 17,887.10 | 05/13/2021 | 30 | 1 | | | .00 | .00 | RPAY |
| 04/16/2021 | 001 | .00 | 104.84 | .00 | 17,991.94 | 04/16/2021 | 30 | 1 | | | .00 | .00 | RPAY |
| 04/01/2021 | 001 | .00 | 144.84 | .00 | 18,096.78 | 04/01/2021 | 30 | 1 | | | .00 | .00 | DBTP |
| 02/16/2021 | 001 | .00 | 104.84 | .00 | 18,241.62 | 02/16/2021 | 30 | 1 | | | .00 | .00 | RPAY |
| 02/16/2021 | 001 | .00 | 104.84 | .00 | 18,346.46 | 02/16/2021 | 40 | 1 | | | .00 | .00 | R01X |
| 02/16/2021 | 001 | .00 | 104.84 | .00 | 18,241.62 | 02/16/2021 | 30 | 1 | | | .00 | .00 | RPAY |
| 01/16/2021 | 001 | .00 | 104.84 | .00 | 18,346.46 | 01/16/2021 | 30 | 1 | | | .00 | .00 | RPAY |
| 12/31/2020 | 001 | .00 | 210.00 | .00 | 18,451.30 | 12/31/2020 | 50 | 1 | | | .00 | .00 | DBTP |
| 12/23/2020 | 001 | .00 | 104.84 | .00 | 18,661.30 | 12/16/2020 | 40 | 1 | | | .00 | .00 | R01X |
| 12/16/2020 | 001 | .00 | 104.84 | .00 | 18,556.46 | 12/16/2020 | 30 | 1 | | | .00 | .00 | RPAY |
| 11/19/2020 | 001 | .00 | 104.84 | .00 | 18,661.30 | 11/16/2020 | 40 | 1 | | | .00 | .00 | R01X |
| 11/16/2020 | 001 | .00 | 104.84 | .00 | 18,556.46 | 11/16/2020 | 30 | 1 | | | .00 | .00 | RPAY |
| 10/19/2020 | 001 | .00 | 104.84 | .00 | 18,661.30 | 10/19/2020 | 30 | 1 | | | .00 | .00 | DBTP |
| 10/13/2020 | 001 | .00 | 104.84 | .00 | 18,766.14 | 10/13/2020 | 30 | 1 | | | .00 | .00 | DBTP |
| 07/03/2020 | 001 | .00 | .00 | 29.75 | 18,870.98 | 07/03/2020 | 46 | L | | | 0.00 | .00 | **** |
| 05/06/2020 | 004 | | | | | 05/06/2020 | 29 | 900 | NEXT DUE 03/23/20 | | | | |
| 05/06/2020 | 003 | .00 | .00 | | 18,870.98 | 05/06/2020 | 31 | 5 | | | .00 | .00 | DEFR |
| 05/06/2020 | 002 | | | | | 05/06/2020 | 29 | 900 | NEXT DUE 03/23/20 | | | | |
| 05/06/2020 | 001 | .00 | .00 | .00 | 18,870.98 | 05/06/2020 | 31 | 5 | | | .00 | .00 | DEFR |
| 05/03/2020 | 001 | .00 | .00 | 29.75 | 18,870.98 | 05/03/2020 | 46 | L | | | 0.00 | .00 | **** |
| 04/03/2020 | 001 | .00 | .00 | 29.75 | 18,870.98 | 04/03/2020 | 46 | L | | | 0.00 | .00 | **** |
| 03/26/2020 | 003 | | | | | 03/26/2020 | 29 | 900 | HU   541.16 NEXT DUE 01/23/20 | | | | |
| 03/26/2020 | 002 | 502.51 | 97.49 | .00 | 18,870.98 | 03/23/2020 | 40 | A | | | 600.00 | .19 | R01X |

Page 1

about:blank      15/75

09/20/22  17:42:12  8773834802    -> 8773834802    Capital One    Page 016

## Transaction History Report

Date: 11/18/2021
Time: 2:41:01 PM

Account # 6207349422253611001    Borrower: PATRICK BUSNIAK    Transaction Type: ALL    Transaction Level: ALL    From: 01/01/2001    To: 11/18/2021

| Process Date | Seq | Interest | Principal | Misc | Balance | Effective Date | Tr-Code | Action/Field | Change Date | Misc3 N | Total | Int Adj | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/23/2020 | 003 | | | | | 03/23/2020 | 29 | 900 | IEU .00 NEXT DUE 02/23/20 | | | | |
| 03/23/2020 | 003 | 502.51 | 97.49 | .00 | 18,773.49 | 03/23/2020 | 30 | A | VOID | | 600.00 | .00 | ACHP |
| 03/19/2020 | 003 | | | | | 03/19/2020 | 29 | 900 | IEU 450.97 NEXT DUE 01/23/20 | | | | |
| 03/19/2020 | 002 | 412.32 | 187.68 | .00 | 18,870.98 | 03/16/2020 | 40 | A | | | 600.00 | .38 | R01X |
| 03/16/2020 | 004 | | | | | 03/16/2020 | 29 | 900 | IEU .00 NEXT DUE 02/23/20 | | | | |
| 03/16/2020 | 003 | 412.32 | 187.68 | .00 | 18,683.30 | 03/16/2020 | 30 | A | VOID | | 600.00 | .00 | ACHP |
| 02/13/2020 | 003 | | | | | 02/13/2020 | 29 | 900 | IEU .00 NEXT DUE 01/23/20 | | | | |
| 02/13/2020 | 002 | 283.28 | 316.72 | .00 | 18,870.98 | 02/13/2020 | 30 | A | | | 600.00 | .00 | ACHP |
| 02/10/2020 | 004 | | | | | 02/10/2020 | 29 | 900 | IEU 243.98 NEXT DUE 12/23/19 | | | | |
| 02/10/2020 | 003 | 600.00 | .00 | .00 | 19,187.70 | 02/10/2020 | 30 | A | | | 600.00 | .00 | ACHP |
| 02/04/2020 | 002 | .00 | .00 | 29.75 | 19,187.70 | 02/03/2020 | 46 | L | | | 0.00 | .00 | **** |
| 01/13/2020 | 003 | | | | | 01/13/2020 | 29 | 900 | IEU 477.15 NEXT DUE 11/23/19 | | | | |
| 01/13/2020 | 002 | 424.74 | 160.62 | .00 | 19,187.70 | 01/09/2020 | 40 | A | | | 585.36 | .43 | R01X |
| 01/09/2020 | 003 | | | | | 01/09/2020 | 29 | 900 | IEU .00 NEXT DUE 12/23/19 | | | | |
| 01/09/2020 | 002 | 424.74 | 160.62 | .00 | 19,027.08 | 01/09/2020 | 30 | A | VOID | | 585.36 | .00 | ACHP |
| 01/06/2020 | 003 | | | | | 01/06/2020 | 29 | 900 | IEU 385.44 NEXT DUE 11/23/19 | | | | |
| 01/06/2020 | 002 | 333.03 | 262.09 | .00 | 19,187.70 | 01/02/2020 | 40 | A | | | 595.12 | .71 | R01X |
| 01/02/2020 | 003 | | | | | 01/02/2020 | 29 | 900 | IEU .00 NEXT DUE 12/23/19 | | | | |
| 01/02/2020 | 002 | 333.03 | 262.09 | .00 | 18,925.61 | 01/02/2020 | 30 | A | VOID | | 595.12 | .00 | ACHP |
| 12/30/2019 | 004 | | | | | 12/30/2019 | 29 | 900 | IEU 293.66 NEXT DUE 11/23/19 | | | | |
| 12/30/2019 | 003 | 595.12 | .00 | .00 | 19,187.70 | 12/30/2019 | 30 | A | | | 595.12 | .00 | ACHP |
| 11/26/2019 | 004 | | | | | 11/26/2019 | 29 | 900 | IEU 442.12 NEXT DUE 10/23/19 | | | | |
| 11/26/2019 | 003 | 600.00 | .00 | .00 | 19,187.70 | 11/25/2019 | 30 | A | | | 600.00 | .00 | DBTP |
| 10/21/2019 | 003 | | | | | 10/21/2019 | 29 | 900 | IEU 569.19 NEXT DUE 09/23/19 | | | | |
| 10/21/2019 | 002 | 600.00 | .00 | .00 | 19,187.70 | 10/21/2019 | 30 | A | | | 600.00 | .00 | ACHP |
| 10/04/2019 | 003 | | | | | 10/04/2019 | 29 | 900 | IEU 945.86 NEXT DUE 08/23/19 | | | | |
| 10/04/2019 | 002 | 595.12 | .00 | .00 | 19,187.70 | 10/02/2019 | 40 | A | | | 595.12 | .00 | R01X |
| 10/02/2019 | 004 | | | | | 10/02/2019 | 29 | 900 | IEU 324.47 NEXT DUE 09/23/19 | | | | |
| 10/02/2019 | 003 | 595.12 | .00 | .00 | 19,187.70 | 10/02/2019 | 30 | A | VOID | | 595.12 | .00 | ACHP |
| 09/03/2019 | 001 | .00 | .00 | 29.75 | 19,187.70 | 09/03/2019 | 46 | L | | | 0.00 | .00 | **** |

Page 2 o

10/11/22, 10:41 AM                                    about:blank

USDC IN/ND case 2:22-cv-00310-JVB-JPK    document 4    filed 09/22/22    page 20 of 44
09/20/22   17:42:34   8773834002         -> 8773834002       Capital One          Page 017

**Transaction History Report**

Date: 11/18/2021
Time: 2:41:01PM

| Account #: 61073494125361001 | | | Borrower: PATRICK RUSNIAK | | | Transaction Type: ALL | Transaction Level: ALL | From: 01/01/2001 | To: 11/18/2021 |
|---|---|---|---|---|---|---|---|---|---|

| Process Date | Seq | Interest | Principal | Misc! | Balance | Effective Date | Tr.Code | Action/Field | Change Date | Misc3 N | Total | Int Adj | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/2019 | 001 | | .00 | 19,187.70 | | 19,187.70 | 07/24/2019 | 22 | | | | .00 | 78.83 | |

# EXHIBIT 

09/20/22 17:42:43 8773834082 -> 8773834082 Capital One Page 018

**Capital**One
CAPITAL ONE
PO BOX 85870
RICHMOND VA 23285-5870

12/5/2021

PATRICK RUSNIAK
15330 RALSTON PL
LOWELL, IN 46356

# EXHIBIT 16

| To protect your information this page has been intentionally left blank |
| --- |

Requests for Information or Notices of Errors must be sent to: Capital One, N.A., P.O. Box 21887, Eagan, MN 55121
Office Hours: Monday – Friday 8:30 AM – 6:30PM ET

T3-CL                                170364730                          Page 1 of 1

10/11/22, 10:41 AM                                                about:blank

USDC IN/ND case 2:22-cv-00310-JVB-JPK   document 4   filed 09/22/22   page 22 of 44
09/20/22  17:42:52  8773834002     ->  8773834002    Capital One        Page 019

**Capital One**
CAPITAL ONE
PO BOX 85870
RICHMOND VA 23285-5870

12/6/2021

PATRICK RUSNIAK
15330 RALSTON PL
LOWELL, IN 46356

# EXHIBIT 17

| | |
|---|---|
| Case Reference Number: | 21120612294806 |

Dear PATRICK RUSNIAK,

We are researching your recent correspondence regarding your Capital One Auto Finance concerns and will provide a response as soon as possible.

Should you have any questions concerning your account, please contact our Customer Service Department at (800) 946-0332.

Sincerely,

*Office of the President,*
*Capital One Auto Finance*

Requests for Information or Notices of Errors must be sent to: Capital One, N.A., P.O. Box 21887, Eagan, MN 55121
Office Hours: Monday – Friday 8:30 AM – 6:30PM ET

| T3–ACCT | 170364730 | Page 1 of 1 |
|---|---|---|

09/20/22 17:43:04   8773834002    -> 8773834002       Capital One       Page 020



**CAPITAL ONE AUTO FINANCE** #6207349422536**** ( CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025, (800) 946-0332 )

| | | |
|---|---|---|
| Date Opened: 07/24/2019 | Date Updated: 07/15/2021 | Pay Status: >Charged Off< |
| Responsibility: Individual Account | Payment Received: $0 | Terms: $0 per month, paid Monthly for 56 months |
| Account Type: Installment Account | Last Payment Made: 06/16/2021 | |
| Loan Type: AUTOMOBILE | Original Charge-off: $18,870 | Date Closed: 07/31/2020 |
| | | >Maximum Delinquency of 90 days in 04/2020< |

High Balance: High balance of $19,187 from 02/2021 to 05/2021; $19,187 from 07/2021 to 07/2021
Estimated month and year that this item will be removed: 08/2026

| | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $20,496 | | $20,601 | $20,601 | $20,853 | $20,956 | | | | | | |
| Scheduled Payment | $0 | | $0 | $0 | $0 | $0 | | | | | | |
| Amount Paid | $0 | | $0 | $249 | $104 | $0 | | | | | | |
| Past Due | $20,496 | | $20,601 | $20,601 | $20,853 | $20,956 | | | | | | |
| Remarks | DRG/PRL | | DRG/PRL | DRG/PRL | DRG/PRL | DRG/PRL | | | | | | |
| Rating | C/O | X | C/O | C/O | C/O | C/O | C/O | X | C/O | C/O | C/O | C/O |

| | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | 60 | 90 | X | 60 | | 30 | 60 | 30 | 30 | 30 |



To dispute online go to: http://transunion.com/disputeonline

P EHCNF-002 02020-J027124 04/1

09/20/22  17:43:35  8773834002    -> 8773834002      Capital One      Page 021

# EXHIBIT 19

TRANSUNION

9-24-20-20 (REPORT DATE)

12-19-2020 (REPORT DATE)
Notice on 10-2020 X
Notice on 11-20-20 X

2-26-21 (REPORT DATE)

3-30-21 (REPORT DATE)

7-26-21 (REPORT DATE)
Notice NOW ALL OF A SUDDEN
on month 8-19 they MARKED
A 30 day LATE.

Also on 12-19 IT went
FROM A 30 day on PREVIOUS
REPORTS NOW to A 60 day
then on 1-20 to A 30 FROM
A 60. THEN on 2-20 A 60
FROM A 30. THEN on 3-20 AN X
FROM A 60 THEN on 6-20 A CO
FROM A 90.

TRANS UNION

Report Date 9-23-21

Report Date 11-14-21

8-19 goes to An "OK" from A 30.

On 12-19 Goes to A 30 from A 60, on 1-20 goes to A 60 from A 30. On 2-20 goes to A 30 from A 60. On 3-20 goes to A 60 from An X. On 6-20 Goes to A 90 from A C/O.

EXHIBIT 20

09/20/22  17:44:17  8773834882      -> 8773834882         Capital One        Page 823

---

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

**CAPITAL ONE AUTO FINANCE #6207349422536****** ( CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025. (800) 946-0332 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Balance; Date Updated; Last Payment Made; Past Due; Terms; Remarks; Rating; Payment Received**. Here is how this account appears on your credit report following our investigation.

| | | |
|---|---|---|
| Date Opened: 07/24/2019 | Balance: $21,166 | Pay Status: >Charged Off< |
| Responsibility: Individual Account | Date Updated: 12/18/2020 | Terms: $0 per month, paid Monthly for 55 months |
| Account Type: Installment Account | Payment Received: 12/16/2020 ($104) | |
| Loan Type: AUTOMOBILE | Last Payment Made: 12/16/2020 | Date Closed: 07/31/2020 |
| | High Balance: $19,187 | >Maximum Delinquency of 90 days in 04/2020 and in 06/2020< |
| | Original Charge-off: $18,870 | |
| | Past Due: >$21,166< | |

Remarks: DISP INVG COMP-RPT BY GRNTR; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 08/2026

| | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | C/O | C/O | C/O | 90 | 60 | 90 | 60 | 30 | 60 | 30 |

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 |
|---|---|---|---|---|---|
| Rating | 30 | 30 | 30 | OK | OK |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

---

# EXHIBIT 21

P DAPVK-002 00326-i203906 06/1

.000026.



**CAPITAL ONE AUTO FINANCE #6207349422536****** ( CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025, (800) 946-0332 )

| | |
|---|---|
| Date Opened: 07/24/2019 | Date Updated: 08/31/2020 |
| Responsibility: Individual Account | Payment Received: $0 |
| Account Type: Installment Account | Last Payment Made: 02/13/2020 |
| Loan Type: AUTOMOBILE | Original Charge-off: $18,870 |

Pay Status: >Charged Off<
Terms: $0 per month, paid Monthly for 56 months
Date Closed: 07/31/2020
>Maximum Delinquency of 90 days in 04/2020 for $1,765 and in 06/2020 for $1,765<

High Balance: High balance of $19,187 from 07/2019 to 08/2020
Estimated month and year that this item will be removed: 08/2026

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $21,480 | $21,210 | $20,780 | $20,394 | $19,965 | $19,548 | $19,149 | $19,943 | $19,537 | $19,725 | $19,931 | $20,12... |
| Scheduled Payment | $0 | $0 | $595 | $595 | $595 | $595 | $595 | $595 | $595 | $595 | $595 | $595 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $1,200 | $0 | $595 | $600 | $600 | $0 |
| Past Due | $21,480 | $21,210 | $1,765 | $1,170 | $1,765 | $1,170 | $575 | $1,180 | $585 | $585 | $590 | $595 |
| Remarks | PRU | PRU | | | | | | | | | | |
| Rating | C/O | C/O | 90 | 60 | 90 | 60 | 30 | 60 | 30 | 30 | 30 | 30 |

| | 08/2019 | 07/2019 |
|---|---|---|
| Balance | $19,700 | $19,292 |
| Scheduled Payment | $595 | $595 |
| Amount Paid | $0 | $0 |
| Past Due | $0 | $0 |
| Rating | OK | OK |



**EXHIBIT**

22

To dispute online go to: http://transunion.com/disputeonline

P CTTF5-002 02248-I03C074 04/1

09/20/22 17:45:05   8773834002   -> 8773834002   Capital One   Page 025

# EXHIBIT 23

*(handwritten: Transunion)*

File Number: 310733846
Date Issued: 02/26/2021

Page 4 of 7

## Your Investigation Results

INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.

CAPITAL ONE AUTO FINANCE #620734942253B****** (OR DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025, (800) 946-0332)
We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE; however, we updated: Balance; Date Updated; Last Payment Made; Past Due; Rating; Payment Received. Here is how this account appears on your credit report following our investigation.

Date Opened: 07/24/2019
Responsibility: Individual Account
Account Type: Installment Account
Loan Type: AUTOMOBILE

Balance: $20,056
Date Updated: 02/10/2021
Last Payment Made: 01/16/2021
High Balance: $19,187
Original Charge-off: $18,870
Past Due: >$20,056<

Pay Status: >Charged Off<
Terms: Monthly for 66 months
Date Closed: 07/31/2020
>Maximum Delinquency of 90 days in 04/2020 and in 05/2020<

Remarks: DISP IN'G COMP-RPT BY GRNTR; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 09/2026

| Rating | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | |
| CO | CO | CO | CO | CO | CO | CO | 90 | 60 | 30 | OK | OK | |

| Rating | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | | | | | | | |
| OK | OK | OK | OK | OK | OK | | | | | | | |

09/20/22 17:45:26  8773834002  -> 8773834002  Capital One  Page 026



**CAPITAL ONE AUTO FINANCE** #6207349422536**** ( CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025, (800) 946-0332 )

| Date Opened: | 07/24/2019 | Balance: | $20,956 | Pay Status: | >Charged Off< |
| Responsibility: | Individual Account | Date Updated: | 02/28/2021 | Terms: | $0 per month, paid Monthly for 56 months |
| Account Type: | Installment Account | Payment Received: | $0 | | |
| Loan Type: | AUTOMOBILE | Last Payment Made: | 01/16/2021 | Date Closed: 07/31/2020 | |
| | | High Balance: | $19,187 | >Maximum Delinquency of 90 days in 04/2020 | |
| | | Original Charge-off: | $18,870 | and in 06/2020< | |
| | | Past Due: | >$20,956< | | |

Remarks: DISP INVG COMP-RPT BY GRNTR; >UNPAID BALANCE CHARGED OFF<

Estimated month and year that this item will be removed: 08/2026

| | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 90 | 60 | 90 | 60 | 30 |

| | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 |
|---|---|---|---|---|---|---|---|
| Rating | 60 | 30 | 30 | 30 | 30 | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

P DULGF-003 00167-I002660 04/1



09/20/22  17:45:48  8773834802       -> 8773834802        Capital One        Page 027

**CAPITAL ONE AUTO FINANCE** #6207349422536**** ( CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025, (800) 946-0332 )

| | | | | |
|---|---|---|---|---|
| Date Opened: | 07/24/2019 | Date Updated: | 08/31/2021 | Pay Status: >Charged Off< |
| Responsibility: | Individual Account | Payment Received: | $0 | Terms: $0 per month, paid Monthly for 56 months |
| Account Type: | Installment Account | Last Payment Made: | 07/16/2021 | |
| Loan Type: | AUTOMOBILE | Original Charge-off: | $18,870 | Date Closed: 07/31/2020 |
| | | | | >Maximum Delinquency of 90 days in 04/2020< |

High Balance: High balance of $19,187 from 02/2021 to 05/2021; $19,187 from 07/2021 to 08/2021
Estimated month and year that this item will be removed: 08/2026

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $20,392 | $20,392 | | $20,601 | $20,601 | $20,851 | $20,956 | | | | | |
| Scheduled Payment | $0 | $0 | | $0 | $0 | $0 | $0 | | | | | |
| Amount Paid | $0 | $104 | | $0 | $249 | $104 | $0 | | | | | |
| Past Due | $20,392 | $20,392 | | $20,601 | $20,601 | $20,851 | $20,956 | | | | | |
| Remarks | DRG/PRL | DRG/PRL | | DRG/PRL | DRG/PRL | DRG/PRL | DRG/PRL | | | | | |
| Rating | C/O | C/O | X | C/O | C/O | C/O | C/O | C/O | C/O | X | C/O | C/O |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | 60 | 90 | X | 60 | 30 | 60 | 30 | 30 | 30 |

| | 08/2019 |
|---|---|
| Rating | 30 |



EXHIBIT
25

To dispute online go to: http://transunion.com/disputeonline          P ESWY8-002 01914-I025606 04F

09/20/22   17:46:23   8773834802         -> 8773834802       Capital One        Page 020

**INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item(s) based on your dispute and other information has also changed.

**CAPITAL ONE AUTO FINANCE** #6207349422536**** ( CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025, (800) 946-0332 )
We investigated the information you disputed and updated: **Balance; Date Updated; Last Payment Made; Past Due; Pay Status; Remarks; Rating; Payment Received; Historical Trended Data.** Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 07/24/2019 | Balance: | $0 | Pay Status: | >Account paid in full; was a Charge-off< |
| Responsibility: | Individual Account | Date Updated: | 07/31/2020 | | |
| Account Type: | Installment Account | Payment Received: | ($2,580) | Terms: | $0 per month, paid Monthly for 56 months |
| Loan Type: | AUTOMOBILE | High Balance: | $19,187 | | |
| | | Original Charge-off: | $18,870 | Date Closed: | 07/31/2020 |
| | | | | | >Maximum Delinquency of 90 days in 04/2020 and in 06/2020< |

Remarks: DISP INVG COMP-RPT BY GRNTR; >SETTLED-LESS THAN FULL BLNC<; >PAID IN FULL/WAS A CHARGE OFF<
Estimated month and year that this item will be removed: 08/2026

| | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 90 | 60 | 90 | 60 | 30 | 60 | 30 | 30 | 30 | 30 | OK |

EXHIBIT
26

P F2RUZ-002 00457-I005638 06/*

09/20/22  17:46:42  8773834802      -> 8773834802      Capital One      Page 029

Equifax

Report Date  8-12-21

~~EXS~~

*EXHIBIT 2*

Report Date  10-19-21
Balance Does show Zero
which is correct But the
Delayed the update from
showing the account "Paid in full"
As they still show "charge off"
In the status section.

On Report # Date 10-29-21
the status still shows
charge off instead of "Paid In
full". However they did mark
In Additional information it was
Paid for less, unfortunately that is
not the correct way to update a
credit Report And they know this.

Report Date  11-9-21
still shows "charge off" not
"Paid In full" still Refuse to
update Report correctly.



>>> **We have researched the credit account. Account # 6207349422535#** The results are: WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION, *DATE OF MAJOR DELINQUENCY 1ST REPORTED, *HISTORICAL ACCOUNT INFORMATION. If you have additional questions about this item please contact: CAPONEAUTO, Credit Bureau Dispute, PO Box 259407, Plano, TX 75025-9407 Phone: (800) 946-0332

**CAPITAL ONE AUTO FINANCE**

Charge Off

Account Previously in Dispute - Now Resolved by Data Furnisher

Fixed Rate

Auto

ADDITIONAL INFORMATION:
Charged Off Account

Account History with Status Codes

(Continued On Next Page)

Historical Account Information

EXHIBIT

10/11/22, 10:41 AM      about:blank

09/20/22  17:47:38  8773034002  -> 8773034002  Capital One  Page 031

**Historical Account Information**

| Date | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 0521 | $20,601 | | $249 | 04/01/2021 | | | $20,601 | Auto | |
| 0421 | $20,606 | | $249 | 04/01/2021 | | | $20,606 | Auto | |
| 0321 | $20,851 | | $104 | 03/01/2021 | | | $20,851 | Auto | |
| 0221 | $20,956 | | $104 | 01/01/2021 | | | $20,956 | Auto | |
| 0121 | $21,166 | $0 | $104 | 01/01/2021 | | | $21,166 | Auto | |
| 1220 | $21,166 | $0 | | 12/01/2020 | | | $21,166 | Auto | |
| 1120 | $21,271 | | $209 | 09/01/2020 | | | $21,271 | Auto | |
| 1020 | $21,271 | | $209 | 09/01/2020 | | | $21,271 | Auto | |
| 0920 | $21,480 | | | 02/01/2020 | | | $21,480 | Auto | |
| 0820 | $21,480 | | | 02/01/2020 | $18,187 | | $21,480 | Auto | |
| 0720 | $21,210 | $595 | | 02/01/2020 | $18,187 | | $21,210 | Auto | |
| 0620 | | $595 | $595 | 02/01/2020 | $18,187 | | $675 | Auto | |
| 0520 | $20,760 | $595 | $1,200 | 02/01/2020 | $18,187 | | $1,170 | Auto | |
| 0420 | $20,394 | $595 | $1,200 | 02/01/2020 | $18,187 | | $1,170 | Auto | |
| 0320 | $19,965 | $595 | $600 | 02/01/2020 | $18,187 | | $1,765 | Auto | |
| 0220 | $19,548 | $595 | | 02/01/2020 | $18,187 | | $1,765 | Auto | |
| 0120 | $19,149 | $595 | $595 | 12/01/2019 | $18,187 | | $575 | Auto | |
| 1219 | $18,943 | $595 | $1,180 | 12/01/2019 | $18,187 | | $1,180 | Auto | |
| 1119 | $19,527 | $595 | $595 | 11/01/2019 | $18,187 | | $595 | Auto | |
| 1019 | $19,725 | $595 | $600 | 09/01/2019 | $18,187 | | $595 | Auto | |
| 0919 | $19,831 | $595 | $600 | | $18,187 | | $600 | Auto | |
| 0919 | $20,123 | $595 | | | $18,187 | | $595 | Auto | |
| 0919 | $19,700 | $595 | | | $18,187 | | $595 | Auto | |

(Continued On Next Page)

EXHIBIT 29

Equifax

08-12-2021

about:blank      31/75

09/28/22  17:49:01  8773834002    -> 8773834002      Capital One      Page 032

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose [the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents].

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states "Deleted", we have removed it from your credit report and taken steps so it does not reappear.
- If an item states "Verified as Reported", the reporting company has certified it is reporting accurately.
- If an item states "Updated", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: The information you disputed has been updated.

Updated disputed account information. Additional account information was also updated: The information you disputed has been updated as well as other information on this item.

Disputed information accurate. Updated account information unrelated to the dispute: The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.

Consumer's dispute not specific. Consumer information verified. Account information updated: Information on your report has been updated.

## The Results Of Our Reinvestigation

### Credit Account Information

(For your security, the last 4 digits of account number(s) have been replaced by X. This section includes open and closed accounts reported by credit grantors)

| Account History Status Code Descriptions | | |
| --- | --- | --- |
| 1: 30-59 Days Past Due | 5: 150-179 Days Past Due | J: Voluntary Surrender |
| 2: 60-89 Days Past Due | 6: 180 or More Days Past Due | K: Repossession |
| 3: 90-119 Days Past Due | G: Collection Account | L: Charge Off |
| 4: 120-149 Days Past Due | H: Foreclosure | |

>>> **The information you disputed has been updated as well as other information on this item. Account #- 6207J46422656* The results are:**
THIS ACCOUNT HAS BEEN UPDATED TO REPORT AS A PAID CHARGE OFF. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: 'ADDITIONAL INFORMATION 'BALANCE 'PAST

(Continued On Next Page)

00000437B-DISC

EXHIBIT

Equifax

30

10-19-2021

09/20/22  17:49:55  8773834002 -> 8773834002 Capital One Page 033

8429x000710184228313202c000k238b6023-023 17h2b 1860000

**DUE "CHARGE OFF AMOUNT "HIGH CREDIT "ACTUAL PAYMENT "DATE OF LAST PAYMENT "TERMS DURATION.** If you have additional questions about this item please contact: *CAPONEAUTO, Credit Bureau Dispute, PO Box 269407, Plano, TX 76026-5407 Phone: (800) 946-0332*

## CAPITAL ONE AUTO FINANCE | Credit Bureau Dispute PO Box 259407 Plano, TX 75026-4027 / 4094049032

| Date of Last Reported Update | Balance Paid Due | Amount Past Due | Type of Account | Date of Last Actual Payment | High Credit | Scheduled Payment Amount | Terms Duration | Date of 1st Delinquency | Date of Last Activity | Charge Off Amount | Months Reviewed | Active/Inactive Designator | Deferred Pay Start Date | Balloon Pay Amount | Deferred Pay Balloon Pay Amount | Closed Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/2021 | $ 0 | | Installment | 10/2021 | $ 2,580 | | Monthly | 09/2019 | 09/2019 | | 21 | | | | | | |

Date Opened 07/24/2019   High Credit $ 19,187   Credit Line   Terms Frequency Monthly   Terms Duration 21   Whose Account Individual Account   Portfolio Indicator Auto

**Charge Off**

## ADDITIONAL INFORMATION:
*Consumer Disputes - Reinvestigation in Process*

## EXHIBIT 3)

## Account History with Status Codes

| Historical Account Information | | | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| | Balance | | | | | | | | | |
| 09/21 | No Data Available | | | | | | | | | |
| 09/21 | $ 20,392 | | | 06/2021 | 07/01/2021 | 04/2021 | 03/2021 | $ 20,392 | Auto | |
| | | | | L | L | L | L | L | | |
| | | | | 09/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | | |
| | | | | ~ | ~ | ~ | ~ | ~ | | |
| | | | | 11/2019 | 09/2019 | | | | | |
| | | | | ~ | ~ | | | | | |
| 07/21 | $ 0 | | | 09/2020 | 05/2020 | 02/2020 | 01/2020 | 12/2019 | | |
| 07/21 | $ 20,496 | | $ 104 | 06/2021 | 05/01/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 |
| 06/21 | $ 20,496 | | $ 104 | | 05/01/2021 | | | $ 20,496 | Auto | |
| 05/21 | $ 20,495 | | $ 104 | | 05/01/2021 | | | $ 20,496 | Auto | |
| 06/21 | $ 20,601 | | $ 249 | | 06/01/2021 | | | $ 20,601 | Auto | |
| 05/21 | $ 20,601 | | | | 04/01/2021 | | | $ 20,601 | Auto | |
| 04/21 | $ 20,601 | | | | 04/01/2021 | | | $ 20,601 | Auto | |
| 03/21 | $ 20,851 | | | | 03/01/2021 | | | $ 20,851 | Auto | |
| 02/21 | $ 20,858 | | | | 01/01/2021 | | | $ 20,858 | Auto | |

(Continued On Next Page)
00000437B-DISC

Page 4 of 18

1291502783-BN-09h50102000006B-10192021

10-14-2021

10/11/22, 10:41 AM about:blank

USDC IN/ND case 2:22-cv-00310-JVB-JPK document 4 filed 09/22/22 page 37 of 44
09/20/22 17:58:42 8773834802 -> 8773834802 Capital One Page 034

EXHIBIT

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below.

- If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
- If an item states "**Verified as Reported**", the reporting company has certified it is reporting accurately.
- If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to your dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer information verified. Account information updated: Information on your report has been updated.

### The Results Of Our Reinvestigation

| Credit Account Information | | | |
|---|---|---|---|
| (For your security, the last 4 digits of account numbers may have been replaced by *.) (This section includes open and closed accounts reported by credit grantors.) | | | |
| **Account History** | | | |
| **Status Code** | | | |
| **Descriptions** | | | |
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender | |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession | |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off | |
| 4 : 120-149 Days Past Due | H : Foreclosure | | |

>>> **The information you disputed has been updated as well as other information on this item. Account # - 62073494225xx*** *The results are: THIS ITEM HAS BEEN UPDATED TO REPORT AS PAID IN FULL. THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE CURRENT

(Continued On Next Page)
00003236-DISC

Page 3 of 6

12975213321-1Z-09be010200000046-1028202*

10-29-2021

CAPITAL ONE AUTO FINANCE

*Credit Bureau Dispute PO Box 259407, Plano, TX 75025-9407, 8009469332*

CAPITAL ONE

**CAPITAL ONE AUTO FINANCE**

STATUS IS BEING REPORTED CORRECTLY. THE PRIOR PAYING HISTORY ON THIS ACCOUNT HAS BEEN UPDATED. THE FOLLOWING FIELDS HAVE BEEN MODIFIED *ADDITIONAL INFORMATION *BALANCE *PAST DUE *CHARGE OFF AMOUNT *HIGH CREDIT *ACTUAL PAYMENT *DATE = LAST PAYMENT *ACCOUNT HISTORY. If you have additional questions about this item please contact: *CAPONEAUTO, Credit Bureau Dispute, PO Box 259407, Plano, TX 75025-9407 Phone: (800) 946-0332*

**ADDITIONAL INFORMATION:**
*Temporary Update Freeze On File*

*Account Paid For Less Than Full Balance*

*Charge Off*

**Account History with Status Codes**

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/2021 L | 08/2021 L | 07/2021 L | 06/2021 L | 05/2021 L | 04/2021 3 | 03/2021 L |
| 11/2020 L | 10/2020 L | 09/2020 L | 08/2020 L | 07/2020 L | 06/2020 2 | 05/2020 2 |
| 01/2020 2 | 12/2019 1 | 11/2019 1 | 10/2019 1 | | | |

(continued On Next Page)

X0003236-DISC

EXHIBIT
33



>>> *The information you disputed has been updated as well as other information on this item. Account # - 62073494225536* The results are:  WE HAVE VERIFIED THAT THE LAST PAYMENT DATE IS REPORTING CORRECTLY. THE DATE CLOSED HAS BEEN UPDATED. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: ADDITIONAL INFORMATION.  If you have additional questions about this item please contact: CAPONEAUTO, Credit Bureau Dispute, PO Box 259407, Plano, TX 75025-9407 Phone: (800) 946-0332*

**CAPITAL ONE AUTO FINANCE**    Credit Bureau Dispute PO Box 259407 Plano, TX 75025-9407; CAPONEAUTO

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency |
|---|---|---|---|---|---|
| 62073494225536* | 07/24/2018 | $ 19,187 | | Monthly | 20 |

| Date of Last Balance | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|
| 11/24/2021 | $ 0 | 1/02/2021 | $ 2,580 | | 09/2019 | 09/2019 |

| Status | Type of Account | Type of Loan | | Whose Account | Credit Type |
|---|---|---|---|---|---|
| Charge Off | Installment | Auto | | Individual Account | |

| Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|
| | | | | |

(Continued On Next Page)
000003225-DISC

Page 4 of 8

13055131106-I94-08-080106300000085-11092021

EXHIBIT 34

Equifax

11-09-2021



Experian.

Report Date 9-24-20

July & Aug 2020 they show C/O

on

Report Date 8-15-22 they
show ND on July & Aug 2020
then show A C/O on OCT 2021

**EXHIBIT**

36

09/20/22   17:53:12   8773834082       -> 8773834082       Capital One       Page 039

PATRICK M RUSNIAK | Report # 2143-5256-10 for 09/24/20



CAPITAL ONE AUTO FINANCE THIS ACCT (PO BOX 259407 PLANO TX 75025 (800) 946 0332

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Jul 2019 | Jul 2019 | $21,480 as of Aug 2020 | |
| Address ID # | Terms | Status | |
| 0098558339 | 56 Months | Account charged off. | |
| Type | Monthly payment | $18,870 written off. | |
| Auto Loan | Not reported | $21,480 past due as of | |
| Responsibility | Credit limit or original | Aug 2020. | |
| Individual | amount | This account is | |
| | $19,187 | scheduled to continue on | |
| | High balance | record until Jun 2026. | |
| | Not reported | Date of Status | |
| | | Jul 2020 | |

Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | CO | CO | | | |
| 2019 | | | | | | | | | | | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 21,210 | 20,780 | 20,394 | 19,999 | 19,548 | 19,149 | 18,941 | 19,537 | 19,725 | 19,931 | 20,123 | 19,705 | 19,292 |
| DPR | Feb13 | Feb13 | Feb13 | Feb13 | Feb13 | Feb13 | Dec30 | Dec30 | Nov25 | Oct21 | ND | ND | ND |
| SPA ($) | ND | 595 | 595 | 595 | 595 | 595 | 595 | 595 | 595 | 595 | 595 | 595 | 595 |
| AAP ($) | ND | ND | ND | ND | ND | 1,200 | ND | 595 | 600 | 600 | ND | ND | ND |

The original amount of this account was $19,187

EXHIBIT

37

09/20/22  17:53:43   8773834802    -> 8773834802      Capital One       Page 040

Allen, TX 75013



0001376    02 MB 0.515  *AUTO  T9-0 7191 46356-114630   -C02-P01377-I
PATRICK RUSNIAK
15330 RALSTON PL
LOWELL IN  46356-1146


# experian™

## Your Credit Report
Report # 0757-3853-52 for Aug 15, 2022

# EXHIBIT
38

# Hi, Patrick. Welcome to your Credit Report.
The summary below shows only the most important activity that affects your credit history.  For more details, see the full
credit report following the summary or view it online: experian.com/freescore

---

# What makes up your FICO® Score?*



POOR
477
FICO

Amount of Debt

Credit History Length

Amount of New Credit
*You have initiated credit application(s) in
the past year*

*Too many in too short a time can lower
your credit score.*

Credit Mix
*Different Types of accounts*

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of
credit score altogether. Learn More at Experian.com.

0040674499          **PATRICK RUSNIAK**  Report # 0757-3853-52 for 08/15/22                    page 1 of 12

09/20/22  17:54:86  8773834062      -> 8773834062          Capital One          Page 041

Your Potentially Negative Account Activity (Continued)



**CAPITAL ONE AUTO FINANCE** Partial Acct # 6207349422536,...     Status (Oct 2021) Paid in settlement.
PO BOX 259407 PLANO TX 75025; (800) 946 0332     $18,870 written off.

| | | |
|---|---|---|
| **Date opened** | **Terms** | **Recent balance** |
| Jul 2019 | 56 Months | Not reported |
| **Address ID #** | **Monthly payment** | This account is |
| 0098658339 | Not reported | scheduled to continue on |
| **Type** | **Credit limit or** | record until May 2026. |
| Auto Loan | **original amount** | **Comment** |
| **Responsibility** | $19,187 | Account previously in |
| Individual | **High balance** | dispute - investigation |
| | Not reported | complete, reported by |
| | | data furnisher |

**Payment history:** Jul 2019 - Oct 2021

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  |     |     |     |
| 2020 |     |     |     |     |     |     | ND  | ND  | ND  | ND  | ND  | ND  |
| 2019 |     |     |     |     |     |     |     |     |     |     | OK  | OK  |

**Comment:**
Account paid in full for
less than full balance

This item was updated
from our processing of
your dispute in Nov 2021.

**Comment History**
Account previously in dispute - investigation complete, reported by data furnisher| Jul 2021 | May 2021 - Feb 2021

|                          | Jul21   | Jul21   | May21    | Apr21    | Mar21    | Feb21    | Jan21    | Dec20    | Oct20    | Sep20    | Aug20    |
|--------------------------|---------|---------|----------|----------|----------|----------|----------|----------|----------|----------|----------|
| Account Balance          | $20,392 | $20,496 | $20,601  | $20,601  | $20,851  | $20,956  | $20,956  | $21,271  | $21,271  | $21,480  | $21,480  |
| Date Payment Received    | 07.16.21| 06.16.21| 04.16.21 | 04.16.21 | 03.16.21 | 01.16.21 | 01.16.21 | 10.19.20 | 10.19.20 | 02.13.20 | 02.13.20 |
| Scheduled Payment Amount | No Data | No Data | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  | No Data  |
| Actual Amount Paid       | No Data | $0      | No Data  | $249     | $104     | No Data  | $104     | $0       | $209     | No Data  | No Data  |

The original amount of this account was $19,187

# EXHIBIT
### 39